PROB 12C
(6/16)

Report Date: October 31, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristen Ashlie Windy Cloud    Case Number: 0980 1:17CR02053-SAB-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian,  U.S. District Judge

Date of Original Sentence: March 6, 2019

Original Offense:    Misprison of Felony 18 U.S.C. § 4

Original Sentence:   Prison - 18 months;           Type of Supervision: Supervised Release
                     TSR - 12 months

Asst. U.S. Attorney:   Thomas J. Hanlon           Date Supervision Commenced: October 1, 2019

Defense Attorney:      Richard A. Smith           Date Supervision Expires: September 30, 2020

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence**: The offender is considered to be in violation of the terms of supervised release by failing to report to the United States Probation office on October 22, 2019, as directed by the undersigned officer. |
| | United States Probation officer Chris Heinen reviewed conditions of supervised release with Ms. Cloud on September 25, 2019, before releasing from Bureau of Prisons' (BOP) custody, to include standard condition #1, as noted above. |
| | On October 1, 2019, Ms. Cloud  released from BOP's custody with the intentions of returning to the residential reentry center in Spokane, Washington, after completing her Washington State Department of Corrections (DOC) sentence. On October 16, 2019, the undersigned visited Ms. Cloud at the Yakima County Jail and directed her to report to the United States Probation Office upon her release, and if she released after business hours, she was to report on the following business day.  This officer was notified by a Yakima County |

Prob12C
**Re: Cloud, Kristen Ashlie Windy**
**October 31, 2019**
Page 2

Jail release report that Ms. Cloud released from state custody on October 21, 2019, at 5:55 p.m. Ms. Cloud failed to report the next business day as directed. At the time this petition was written Ms. Cloud's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 31, 2019

s/Nicholas Bazan

Nicholas Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

November 1, 2019

Date