PROB 12C
(6/16)

Report Date: March 6, 2020

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 09, 2020**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kristen Ashlie Windy Cloud    Case Number: 0980 1:17CR02053-SAB-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 6, 2019

Original Offense:    Misprision of Felony, 18 U.S.C. § 4

Original Sentence:   Prison - 18 months;    Type of Supervision: Supervised Release
                     TSR - 12 months

Asst. U.S. Attorney: Thomas J. Hanlon    Date Supervision Commenced: October 1, 2019

Defense Attorney:    Federal Defenders    Date Supervision Expires: September 30, 2020

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 10/31/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Kristen Cloud is considered to be in violation of her conditions of supervised release by committing a new crime on January 6, 2020. Ms. Cloud was charged with False Statements to a Public Servant, in violation of Revised Code of Washington (RCW) 9A.76.175.<br><br>United States Probation Officer Chris Heinen reviewed conditions of supervised release with Ms. Cloud on September 25, 2019, before releasing from Bureau of Prisons' (BOP) custody, to include mandatory condition number 1, as noted above.<br><br>According to Clarkston Police Department (CPD) narrative for incident number 20P00123, the following occurred: On January 6, 2020, CPD received a call alleging intravenous drug use activity in the parking lot of the local Walmart. As officers responded to the area, Ms. Cloud was observed walking toward the vehicle. As officers contacted the occupant of the vehicle, Ms. Cloud stood at a distance monitoring the officers. Ms. Cloud was contacted by an officer and provided a false name. Due to a lack of probable cause to arrest, Ms. Cloud was released. |

Prob12C
**Re: Cloud, Kristen Ashlie Windy**
**March 6, 2020**
Page 2

Once the scene was clear, CPD officer's continued their investigation into the underlying complaint. It was discovered the offender provided a false name to law enforcement officers. Ms. Cloud is scheduled to appear in Asotin District Court on March 10, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 6, 2020

s/ Nicholas A. Bazan

Nicholas A. Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/9/2020

Date